IN THE UNITED STATES DISTRICT COURT

FOR THE <u>WESTERN</u> DISTRICT OF <u>WICSONSIN</u>

_____ DIVISION

MAURICE D VAUGHN

VS.  Case No. <u>14 CV-317-WMC</u>

UNITED STATES OF AMERICA

## NOTICE OF APPEAL

Notice is hearby given that, <u>MAURICE D VAUGHN</u>, the petitioner, pro se, hereby appeals to the United States Court of Appeals for the <u>SEVENTH</u> Circuit from the final judgment denying his <u>2255</u>, and all pleadings related thereto, entered for the record in the above action on the <u>12</u> day of <u>January</u>, 20<u>17</u>.

RESPECTFULLY SUBMITTED

_____
MAURICE D VAUGHN

U.S.C.A. — 7th Circuit
RECEIVED

JAN 17 2017  AB

GINO J. AGNELLO
CLERK

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 12 day of January 20 17, to the Assistant United States Distcit Attorney, in this district.

*[signature]*