IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Maurice D. Vaughn,
    Petitioner,

v.

Case No. 3:14CV-00317-WMC

United States of America,
    Respondent.

## NOTICE OF APPEAL

Comes now, the Petitioner, Maurice D. Vaughn, pro se federal inmate hereby moves the Honorable Court, pursuant to Rule 3 of the Federal Rules of Civil Procedures, files this timely appeal on a decision by the District Court.

The Petitioner filed a Motion for Relief pursuant to 60(b) on the District Court for the Western District of Wisconsin, which was denied by Order of the District Court by Judge William Conley on May 10, 2019.

The Petitioner now hereby appeals to the United States Court of Appeals for the Seventh Circuit from a final Order entered in this action on May 10, 2019.

Respectfully Submitted,

Maurice D. Vaughn
Reg. No. 04407-090
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Maurice D. Vaughn,
    Petitioner,

v.

Case No. 3:14CV-00317-WMC

United States of America,
    Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2019 served a copy of the foregoing Notice of Appeal, upon the below listed party by placing a copy in the U.S. Mail to the below listed address.

United States Attorney
Bob Anderson
120 North Henry Street, Room 320
Madison, Wisconsin 53703

Respectfully Submitted,

Maurice D. Vaughn
Reg. No. 04407-090
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640